Bess Matheis, Also Known as Bessie Matheis, Respondent-Appellee, v. George H. Aharonian, Petitioner-Appellant.

Gen. No. 42,770.

opinion filed October 11, 1944; released for publication October 27, 1944. Eckert & Peterson, for petitioner-appellant; A. R. Peterson, J. Hayden MacDonald and Owen Rall, of counsel; Erich E. Pacyna, for respondent-appellee. Opinion by Justice Kiley. **Not to be published in full.**